# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ISIDRO ALCANTARA-MONTIEL, et al., | |
| Plaintiffs, | |
| v. | Civil Action: 7:11-CV-58 (HL) |
| R&H FARMS, INC., RANDY H. HIERS JR. NORADINO RODRIGUEZ, and RANDY H. HIERS SR. | |
| Defendants. | |

## ORDER

This case is before the Court on the parties' Joint Motion to Extend Discovery Deadline (Doc. 30). The Motion is granted, and the new deadlines for this case are as follows:

1. The time for discovery in this case shall expire on May 3, 2012. No discovery request may be served unless the response to the request can be completed within the time specified by the rules and within the discovery period. Except by written consent of the parties first filed with the Court, no deposition shall be scheduled beyond the discovery period.

2. Any supplemental expert reports must be provided to opposing counsel on or before April 12, 2012. No additional supplemental reports may be disclosed or provided after this date without leave of Court.

3. All motions to join other parties or to otherwise amend the pleadings shall be filed on or before June 3, 2012.

4. All dispositive motions shall be filed on or before June 17, 2012.

5. All <u>Daubert</u> motions must be filed on or before June 3, 2012. The parties are instructed not to file <u>Daubert</u> motions as part of their dispositive motions.

6. All other provisions contained in the Scheduling Order entered on October 12, 2011 remain in effect.

**SO ORDERED**, this the 13th day of March, 2012.

<u>*s/Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

mbh