IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ISIDRO ALCANTARA-MONTIEL, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>R&H FARMS, INC., RANDY H. HIERS JR., NORADINO RODRIGUEZ, and RANDY H. HIERS SR.<br><br>　　　　Defendants. | Civil Action: 7:11-CV-58 (HL) |

### ORDER

This case is before the Court on Plaintiffs' Motion to Compel Discovery Responses from Defendant Randy H. Hiers Sr. and Third Party Randy H. Hiers Jr. (Doc. 31) and Plaintiffs' Motion to Compel Subpoena Response from R.J.'s Food Mart (Doc. 35). Both motions are granted, in part, and denied, in part, as follows.

Defendant Hiers Sr. is ordered to provide complete interrogatory responses to Plaintiffs no later than 5:00 p.m. on Monday, May 7, 2012. These responses must be verified.

Third Party Randy Hiers Jr. is ordered to provide a complete response to Plaintiffs' subpoena no later than 5:00 p.m. on Monday, May 7, 2012.

Third Party R.J.'s Food Mart is ordered to provide a complete response to Plaintiffs' subpoena no later than 5:00 p.m. on Monday, May 7, 2012.

Counsel for Plaintiffs is ordered to report back to the Court in writing no later than May 9, 2012 and confirm that the parties have complied with the terms of this Order.

Plaintiffs' requests for attorney's fees are denied.

The parties are granted permission to take the two depositions discussed during the telephone conference outside the discovery period. These depositions must be completed no later than May 11, 2012.

Counsel for Defendant Hiers Sr. is ordered to deliver a copy of this Order to Randy Hiers Jr.[1] The Clerk of Court is also directed to send a copy of this Order to Randy Hiers Jr. at 1205 Highway 135 North, Lake Park, Georgia 31636.

**SO ORDERED**, this the 2nd day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] R. Bruce Warren is listed on the Court's docket as counsel for Randy H. Hiers Jr. in this case. Mr. Warren, however, stated during the telephone conference held on May 1 that he does not represent Mr. Hiers Jr., but has been in contact with him through his father.